1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BRIAN T. ROGERS,

11            Petitioner,              No. CIV S-01-0975 FCD GGH P

12       vs.

13   CLAUDE FINN,

14            Respondent.              <u>ORDER</u>

15   _____/

16            On April 29, 2004, the court dismissed the petition on grounds that the claims

17   were procedurally defaulted.  On December 16, 2005, the Ninth Circuit Court of Appeals

18   reversed and remanded this matter.

19            Having apparently determined that respondent did not meet its burden of proving

20   the adequacy of California's untimeliness rule (an issue that was never reached in this court

21   because petitioner had not met his burden) the Ninth Circuit nevertheless remanded this case for

22   the court to make this determination.  The undersigned is puzzled by this seemingly conflicted

23   holding and remand.  Nevertheless, respondent can attempt for the first time in this court to

24   establish the adequacy of the bar if respondent thinks he can do so.

25   /////

26   /////

1

1      Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this

2  order, respondent may file a motion addressing the adequacy of California's untimeliness rule;

3  petitioner's opposition is due thirty days thereafter.

4  DATED: 1/10/06

5                                                  /s/ Gregory G. Hollows

6                                    _____
                                     GREGORY G. HOLLOWS
7                                    UNITED STATES MAGISTRATE JUDGE

8  ggh:kj
   ro975.ord

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26