IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN T. ROGERS,

    Petitioner,               No. CIV S-01-0975 FCD GGH P

    vs.

CLAUDE FINN,

    Respondent.             <u>ORDER</u>

_____/

    On January 10, 2006, the court ordered respondent to file a motion addressing the adequacy of California's timeliness rule. On February 2, 2006, respondent filed a request that this action be resolved on substantive grounds.

    Good cause appearing, IT IS HEREBY ORDERED that this matter is submitted for decision on substantive grounds.

DATED: 3/2/06

                                /s/ Gregory G. Hollows

                                GREGORY G. HOLLOWS
                                UNITED STATES MAGISTRATE JUDGE

ggh:kj
ro975.sub

1