IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN T. RODGERS,

              Petitioner,                  No. CIV S-01-0975 FCD GGHP

    vs.

CLAUDE E. FINN,

              Respondent.         <u>ORDER</u>

_____/

          Good cause appearing, IT IS HEREBY ORDERED that petitioner's request for an extension of time to file objections is granted; petitioner's objections are due on or before December 21, 2006.

DATED: 12/1/06                  /s/ Gregory G. Hollows

                                            _____
                                       GREGORY G. HOLLOWS
                                     UNITED STATES MAGISTRATE JUDGE

rod975.eot

1