IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN RODGERS,

    Petitioner,                   No. CIV S-01-0975 FCD GGH P

    vs.

CLAUDE E. FINN,

    Respondent.               <u>ORDER</u>

_____/

        Petitioner, a state prisoner, has timely filed a notice of appeal of this court's January 23, 2007, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1   For the reasons set forth in the magistrate judge's November 1, 2006, findings and
2   recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3   right.  Accordingly, a certificate of appealability should not issue in this action.
4   IT IS SO ORDERED.
5   DATED: April 11, 2007.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　FRANK C. DAMRELL, JR.
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE